No. 96–171.  NELSON *v.* NELSON, AKA MARTIN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–173.  GRIFFIN ET AL. *v.* BOX ET AL.  C. A. 5th Cir. Certiorari denied.

No. 96–175.  LORY, ADMINISTRATRIX OF THE ESTATE OF BARR, DECEASED, ET AL. *v.* CITY OF PHILADELPHIA.  Sup. Ct. Pa.  Certiorari denied.

No. 96–177.  SINGLETON *v.* CHRIST THE SERVANT EVANGELICAL LUTHERAN CHURCH ET AL.; and OLSON *v.* LUTHER MEMORIAL CHURCH ET AL.  Ct. App. Minn.  Certiorari denied.  Reported below: 541 N. W. 2d 606 (first judgment).

No. 96–178.  EDGAR *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–179.  GREAT WESTERN BANK *v.* KAPSIMALIS ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 96–181.  ALLRED *v.* A. L. L. ET AL.  Ct. App. Kan.  Certiorari denied.

No. 96–182.  AMERICAN DEPOSIT CORP. ET AL. *v.* SCHACHT, INDIVIDUALLY AND AS ILLINOIS ACTING DIRECTOR OF INSURANCE.  C. A. 7th Cir.  Certiorari denied.

No. 96–183.  DOLIHITE, INDIVIDUALLY AND AS FATHER AND NEXT FRIEND OF DOLIHITE, ET AL. *v.* KING ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–187.  BOWLIN *v.* MEASE, SHERIFF, STONE COUNTY.  C. A. 8th Cir.  Certiorari denied.

No. 96–190.  HALL *v.* BENET-MELENDEZ.  Ct. App. P. R.  Certiorari denied.

No. 96–191.  METT ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–192.  RAMSEY *v.* COLONIAL LIFE INSURANCE COMPANY OF AMERICA, DBA CHUBB LIFEAMERICA.  C. A. 5th Cir.  Certiorari denied.